UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER LOWINGER, | No. 07 CV 10524 (AKH) |
| Plaintiff, | |
| v. | |
| PZENA INVESTMENT MANAGEMENT, INC. and RICHARD C. PZENA, | |
| Defendants. | |
| JERE C. WHITE, | No. 08 CV 00406 (AKH) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| PZENA INVESTMENT MANAGEMENT, INC. and RICHARD C. PZENA, | |
| Defendants. | |

PLEASE ENTER the appearance of Brian H. Polovoy with the law firm of

Shearman & Sterling LLP as attorneys for the defendants in the above-captioned actions.

Dated:  New York, NY
        February 8, 2008

                                SHEARMAN & STERLING LLP


                                By:    /s/ Brian H. Polovoy
                                        Brian H. Polovoy

                                599 Lexington Avenue
                                New York, NY  10022-6069
                                Telephone:  (212) 848-4000
                                bpolovoy@shearman.com

                                Attorneys for Defendants