UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER LOWINGER, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PZENA INVESTMENT MANAGEMENT, INC., )<br>et al. )<br>)<br>Defendants. )<br>_____)<br>JERE C. WHITE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PZENA INVESTMENT MANAGEMENT, INC., )<br>et al. )<br>)<br>Defendants. )<br>_____) | Case No. 1:07-cv-10524-AKH<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/8/08<br><br>Case No. 1:08-cv-00406-AKH |

~~[PROPOSED]~~ ORDER

This matter coming before the Court on the Motion to Appear Pro Hac Vice of Movant, Avi Samuel Garbow of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., 1100 New York Avenue, NW, Suite 500 West, Washington, District of Columbia, 20005 for purposes of the above-entitled and numbered cause. After careful consideration, the Court is of the opinion that said motion should be GRANTED. It is therefore ORDERED that Avi Samuel Garbow shall be allowed to appear before this Court *pro hac vice*, subject to the Local Rules of the Southern District of New York.

Signed this __7__ day of April, 2008

[signature]
UNITED STATES DISTRICT COURT JUDGE