UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JERE C. WHITE,

                          Plaintiff,

   -against-

PZENA INVESTMENT MANAGEMENT, INC.,
et al.,

                         Defendants.
------------------------------------------------------------ x

**SUMMARY ORDER**

08 Civ. 406 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      For the reasons stated on the record during oral argument between the parties in the related case of <u>Lowinger v. Pzena Investment Management, et al.</u>, 07 Civ. 10524, and in the summary order dated August 25, 2008, the Clerk shall mark this case closed.

      SO ORDERED.

Dated:    September 2, 2008
              New York, New York

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/08

1